IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Thomas C. Olbrich aka Thomas Olbrich <u>Debtor(s)</u> | CHAPTER 7 |
| Toyota Motor Credit Corporation <u>Movant</u> vs. | NO. 18-11856 amc |
| Thomas C. Olbrich aka Thomas Olbrich <u>Debtor(s)</u> | |
| Michael H. Kaliner Esq. <u>Trustee</u> | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 TOYOTA CAMRY, VIN: 4T1BF1FK5HU638489 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  13th   day of  June   , 2018.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Thomas C. Olbrich aka Thomas Olbrich
254 Flagstone Road
Chester Springs, PA 19425

Leo Vasmanis
Legal Aid of Southeastern Pennsylvania
222 N. Walnut Street, Second Floor
West Chester, PA 19380

Michael H. Kaliner Esq.
350 South Main Street
Doylestown, PA 19030

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532