United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11856-amc
Thomas C. Olbrich                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jun 13, 2018
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db           +Thomas C. Olbrich,    254 Flagstone Road,    Chester Springs, PA 19425-3829
             +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              LEO   VASMANIS    on behalf of Debtor Thomas C. Olbrich lvasmanis@lasp.org,    legalaid.lasp@gmail.com
              MICHAEL H KALINER    mhkaliner@gmail.com,    pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,    pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Thomas C. Olbrich aka Thomas Olbrich<br>            Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>            Movant<br>vs. | NO. 18-11856 amc |
| Thomas C. Olbrich aka Thomas Olbrich<br>            Debtor(s) | |
| Michael H. Kaliner Esq.<br>            Trustee | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 TOYOTA CAMRY, VIN: 4T1BF1FK5HU638489  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  13th   day of  June   , 2018.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Thomas C. Olbrich aka Thomas Olbrich
254 Flagstone Road
Chester Springs, PA 19425

Leo Vasmanis
Legal Aid of Southeastern Pennsylvania
222 N. Walnut Street, Second Floor
West Chester, PA 19380

Michael H. Kaliner Esq.
350 South Main Street
Doylestown, PA 19030

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532