United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11856-amc
Thomas C. Olbrich                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Jul 27, 2018
                              Form ID: 318             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
```
db         +Thomas C. Olbrich,    254 Flagstone Road,    Chester Springs, PA 19425-3829
14076148   +Barbara Kondrath,    414 Hallman Ct.,    Downingtown, PA 19335-4966
14076153   +Capital One/Lord & Taylor,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
14076154   +Charles Candelora,    2648 S. 9th Street,    Philadelphia, PA 19148-4529
14076155   +Charles Doherty,    1084 Bordeaux Lane,    Pennsburg, PA 18073-1227
14076159   +Daniel Pickard,    6057 Park Woods Terrace,    Burke, VA 22015-2746
14076161   +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
14076160   +Keystone Collections Group,    P.O. Box 499,    Irwin, PA 15642-0499
14076164   +Lending Club Corporation,    21 Stevenson, Ste. 300,    San Francisco, CA 94105-2706
14076165   +Leo A. Vasmanis,    222 N. Walnut Street, Second Floor,    West Chester, PA 19380-2607
14076166   +Mary Pacell,    8640 Easton Road,    Ottsville, PA 18942-9638
14076167   +Maxine Gautier,    1643 Fay Brook Road,    Sharon, VT 05065-6548
14076168    Merchants & Medical Credit Corp.,    6324 Taylor Drive,    Flint, MI 48507-4685
14076170    OneMain,    34 Glocker Way,    Pottstown, PA 19465-9655
14076172   +Regency Finance Company,    P.O. Box 1150,    Hermitage, PA 16148-0150
14076171   +Regency Finance Company,    3225 N. 5th Street, Ste. 8,    Reading, PA 19605-2451
14076173    Rosemarie Forst,    700 Elkins Avenue,    Morrisville, PA 19067
14076178   +Windsor Ridge Homeowners Assoc.,    c/o PENCO Management,    353 Elmhurst Drive,
             Chester Springs, PA 19425-3697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jul 28 2018 02:00:10     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 01:59:22
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2018 01:59:56     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14077842    +EDI: AISACG.COM Jul 28 2018 05:53:00      BMW Bank of North America,
              AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14076149    +EDI: TSYS2.COM Jul 28 2018 05:53:00      Barclays Bank Delaware,    125 S. West Street,
              Wilmington, DE 19801-5014
14076150    +EDI: TSYS2.COM Jul 28 2018 05:53:00      Barclays Bank Delaware,    P.O. Box 8803,
              Wilmington, DE 19899-8803
14076152    +EDI: CAPITALONE.COM Jul 28 2018 05:53:00      Capital One,    P.O. Box 30281,
              Salt Lake City, UT 84130-0281
14076151     EDI: CAPITALONE.COM Jul 28 2018 05:53:00      Capital One,    P.O. Box 30285,
              Salt Lake City, UT 84130-0285
14076156    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jul 28 2018 02:00:25
              Comcast Cable,    1 Comcast Center,    Philadelphia, PA 19103-2899
14076157    +EDI: CCS.COM Jul 28 2018 05:53:00      Credit Collection Services,    725 Canton Street,
              Norwood, MA 02062-2679
14076158     EDI: CMIGROUP.COM Jul 28 2018 05:53:00      Credit Management, L.P.,
              4200 International Parkway,    Carrollton, TX 75007-1912
14076162     EDI: CBSKOHLS.COM Jul 28 2018 05:53:00      Kohl’s,    P.O. Box 3043,    Milwaukee, WI 53201-3043
14076163    +EDI: CBSKOHLS.COM Jul 28 2018 05:53:00      Kohls,    P.O. Box 3115,    Milwaukee, WI 53201-3115
14076169    +EDI: AGFINANCE.COM Jul 28 2018 05:53:00      OneMain,    P.O. Box 1010,
              Evansville, IN 47706-1010
14087313    +EDI: PRA.COM Jul 28 2018 05:53:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14076175     EDI: TFSR.COM Jul 28 2018 05:53:00      Toyota Financial Services,    P.O. Box 8026,
              Cedar Rapids, IA 52409-8026
14076177     EDI: TFSR.COM Jul 28 2018 05:53:00      Toyota Motor Credit Corp.,    5005 N. River Blvd. NE,
              Cedar Rapids, IA 52411-6634
14076176    +EDI: TFSR.COM Jul 28 2018 05:53:00      Toyota Motor Credit Corp.,    240 Gibraltar Rd., Ste. 260,
              Horsham, PA 19044-2387
                                                                                               TOTAL: 18
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14076174*         +Thomas C. Olbrich,    254 Flagstone Road,    Chester Springs, PA 19425-3829
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Jul 27, 2018
                              Form ID: 318             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              LEO   VASMANIS    on behalf of Debtor Thomas C. Olbrich lvasmanis@lasp.org,  legalaid.lasp@gmail.com
              MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Thomas C. Olbrich** | Social Security number or ITIN **xxx−xx−4004** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **18−11856−amc**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thomas C. Olbrich
aka Thomas Olbrich

7/26/18                                                       **By the court:**  Ashely M. Chan
                                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                      **Order of Discharge**                      page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2